# United States District Court
## Northern District of Illinois
### Eastern Division

Sabrina Lewis                     **JUDGMENT IN A CIVIL CASE**

        v.                                    Case Number: 07 C 2457

Paulina A. Kuchinic, M.D., et al.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant Greta Ivers, M.D. is dismissed with prejudice. United States of America is substituted for defendant Greta Ivers, M.D. Defendant United States of America's motion to dismiss is granted. Defendant United States of America is dismissed with prejudice. The remainder of plaintiff's case is remanded to the Circuit Court of Cook County, Illinois, Law Division.

                                       Michael W. Dobbins, Clerk of Court

Date: 10/10/2007                    _____
                                         /s/ Carol Wing, Deputy Clerk